■ In the Matter of GEORGE DONNELLAN, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— Judgment appealed from, unanimously reversed, on the law and the facts, the judgment vacated and the motion to stay arbitration denied, with $30 costs and disbursements to claimant-appellant. The credible evidence in the record supports a determination that there was actual physical contact between claimant's car and the unidentified vehicle and we so find (cf. *Matter of MVAIC* [*Landau*], 20 A D 2d 699). All findings or conclusions contrary thereto are hereby reversed. Concur — Botein, P. J., Stevens, Steuer and McGivern, JJ.